**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ARKEMA INC,** | | **CIVIL ACTION** |
| **Plaintiff,** | | |
| **v.** | | |
| **MAVIRO CATALYST INC,** | | **NO.  24-6130** |
| **Defendant.** | | |

**O R D E R**

**AND NOW**, this 8th day of May, 2025, upon consideration of Defendant Maviro Catalyst Inc.'s Corrected Motion to Dismiss Arkema's First Amended Complaint and Alternative Motion To Transfer Venue of this matter to the United States District Court for the Southern District of Texas (ECF Nos. 24 &26), and the response of Plaintiff Arkema, Inc. thereto (ECF 25), the Court upon reading the briefs having determined that oral argument is not necessary, it is hereby **ORDERED** that Defendant's Motion to Dismiss Arkema's First Amended Complaint or Transfer Venue is **DENIED**.

**BY THE COURT:**

**s/ WENDY BEETLESTONE**
_____
**WENDY BEETLESTONE, J.**